IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 12-cv-01187-MEH

CARDIO DRUG RESEARCH L.L.C., d/b/a CLINICAL DRUG RESEARCH, INC.,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS COMPANY,

    Defendant.

---

**ORDER**
_____

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice [filed January 10, 2013; docket #23]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees.

Dated in Denver, Colorado, this 14th day of January, 2013.

                                                BY THE COURT:

                                                *Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge